**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Russell Black, | No. CV-18-00508-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Baltazar, | |
| Respondent. | |

On September 19, 2019, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation (Doc. 14) recommending that this Court deny Petitioner William Russell Black's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on the merits. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the

district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Judge Leslie A. Bowman's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Judge Leslie A. Bowman's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 14) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied**. The Clerk of Court is directed to enter judgment accordingly and close this case.

**Dated this 25th day of October, 2019.**

_____
Honorable Rosemary Márquez
United States District Judge